1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 1:14-cv-01348-LJO-GSA<br><br>**ORDER RE: STIPULATION FOR TRAVELERS TO FILE SECOND AMENDED COMPLAINT** |

**ORDER**

The Court adopts the stipulation filed by the parties on August 28, 2014 (Doc. 11). Accordingly, it is hereby ordered that Travelers may file a Second Amended Complaint ("SAC") no later than **September 11, 2014**. Centex's response to the SAC shall be due no later than **October 10, 2014.**

IT IS SO ORDERED.

　Dated:　**September 2, 2014**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE