**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Angela Zanin-Wog (SBN 229149)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
azanin@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:14-cv-01348-LJO-GSA<br>[Hon. Lawrence J. O'Neill]<br><br>**ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS OF PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to the stipulation by and between plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION (collectively "CENTEX"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the following claims asserted by TRAVELERS against CENTEX within the Second Amended Complaint filed by TRAVELERS on September 11, 2014, are voluntarily DISMISSED WITHOUT PREJUDICE:

///

- TRAVELERS' first and second counts as to the first cause of action for declaratory relief regarding whether CENTEX breached the cooperation clause of the policies;
- TRAVELERS' second cause of action for breach of contract; and
- TRAVELERS' third cause of action for equitable reimbursement.

The following claims asserted by TRAVELERS against CENTEX within the Second Amended Complaint filed by TRAVELERS on September 11, 2014, remain outstanding:

- TRAVELERS' first and second count in the first cause of action for declaratory relief regarding CENTEX's claimed entitlement to independent counsel.

**SO ORDERED**
**Dated: March 24, 2015**

**/s/ Lawrence J. O'Neill**
**United States District Judge**