# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. PAUL MERCURY INSURANCE CO., et al.,<br><br>    Defendants. | 1:14-cv-1348-LJO-EPG<br><br>**ORDER RE STIPULATION TO DISMISS (Doc. 48)** |
|---|---|

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 48), this Court:

    1.    DISMISSES without prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the Clerk of Court to CLOSE this action.

**IT IS SO ORDERED**
**Dated: January 21, 2016**

                                                /s/ Lawrence J. O'Neill
                                                **United States District Judge**